**STEPHEN QUADE**, #156961
Attorney at Law
The Rowell Building
2100 Tulare Street, Suite 512
Fresno, California 93721
Telephone: (559) 237-2042
Facsimile: (559) 237-3966

Attorney for Defendant
**FERNANDO GIL**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>FERNANDO GIL, )<br>)<br>Defendant(s) ) | Case No. 1:06-CR-00133 AWI<br><br>PROPOSED STIPULATION TO CONTINUE HEARING AND ORDER THEREON<br><br>DATE:     June 4, 2007<br>TIME:     9:00 a.m.<br>PLACE:   Courtroom 2<br>Honorable Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Kevin P. Rooney, counsel for the plaintiff, and Stephen Quade, counsel for the defendant, Fernando Gil, that the hearing in the above-captioned matter currently set for June 4, 2007, may be continued to June 18, 2007, at the hour of 9:00 a.m., in courtroom two before the Honorable Anthony W. Ishii, United States District Court Judge for the Eastern District of California.

    The parties further stipulate that the resulting period of delay occurring between June 4, 2007, and June 18, 2007, shall be excluded in the interest of justice, pursuant to 18U.S.C. § 3161(h)(8)(A), since the ends of justice served by taking such action including allowing counsel

for the defendant and the attorney for the Government the reasonable time necessary to attempt to resolve the case outweighs the best interests of the public and the defendant in a speedy trial.

DATED: _____                                        Respectfully submitted,


                                                                                  /s/ Stephen Quade
                                                                                 STEPHEN QUADE,
                                                                                 Attorney for Defendant


DATED: _____

                                                                                  /s/ Kevin P. Rooney
                                                                                 KEVIN P. ROONEY,
                                                                                 Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED** that the hearing in the above-entitled matter currently set for June 4, 2007, be continued to June 18, 2007, at the hour of 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 16, 2007**                                   /s/ Anthony W. Ishii
                                                                        UNITED STATES DISTRICT JUDGE