IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>   v.<br><br>FERNANDO GIL,<br><br>        *Defendant.* | NO. 1:06-cr-0133 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:  March 31, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

The Parties have filed the following stipulation in the above entitled case:

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for March 10, 2008 at 9:00 a.m. may be continued to March 31, 2008 at 9:00 a.m.

The reason the parties have proposed this stipulation is that the defense is awaiting additional discovery and more time is needed for plea negotiations.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

                                                         McGREGOR W. SCOTT<br>
                                                         United States Attorney

DATED: March 6, 2008                          By: Kevin P. Rooney<br>
                                                         KEVIN P. ROONEY<br>
                                                         Assistant U.S. Attorney<br>
                                                         Attorney for Plaintiff

```
                                        DANIEL J. BRODERICK
                                        Federal Public Defender


DATED:  March 6, 2008           By /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Fernando Gil
```

**O R D E R**

.

IT IS SO ORDERED.

**Dated:   March 6, 2008**            /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE