IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  v.<br><br><br>FERNANDO GIL,<br><br>                Defendant. | Case No. 1:06-CR-0133 AWI<br><br>ORDER TO CONTINUE DATE<br>FOR STATUS CONFERENCE<br><br><br>DATE:   March 31, 2008<br>TIME:   9:00 a.m.<br>PLACE: Courtroom 2<br>Honorable Anthony W. Ishii |

     Upon the stipulation of the parties and good cause appearing therefore,

     IT IS HEREBY ORDERED that the status conference presently set for March 31, 2008 at 9:00 a.m. is continued until April 14, 2008 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2

IT IS SO ORDERED.

**Dated:   March 27, 2008**                        /s/ **Anthony W. Ishii**
                                                                 UNITED STATES DISTRICT JUDGE